

287 Bowman Avenue, Suite 404, Purchase, NY 10577
(914) 977-7300  Fax (914) 977-7301

Direct Dial:  (914) 977-7334
Email:  jarobinson@mdwcg.com

October 25, 2021

Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
Courtroom 21C
500 Pearl St.
New York, NY 10007

      RE:    Jane Doe v. Solebury School and John Ward Regan
             Index No.:      21-CV-06792
             Our File No.:  21238. 00245

Dear Hon. Judge Stanton:

    We represent the defendant, Solebury School with regard to the above-captioned matter. We write in advance of the Court's previously granted extension of October 26, 2021 whereby we are to Answer/Move with respect to the Complaint.

    We are continuing in our communications with plaintiff's counsel in an effort to potentially reach an early resolution. In light of this, and upon consent of all counsel, we respectfully request a further extension of time to Answer/Move with respect to the Complaint to November 30, 2021 so as to work towards that end. This is our second request for an extension.

    We thank you in advance for the Court's time and attention to this matter.

                                              Respectfully Submitted,

                                              Jennifer A. Robinson

cc: Via E-Mail- Soloff & Zervanos, P.C.