```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE,
                                                                      Civil Docket No.:
                              Plaintiff,                              21CV06792(LLS)

     -against-
                                                                      **NOTICE OF MOTION**
SOLEBURY SCHOOL, JOHN WARD REGAN, and
JOHN & JANE SMITH 1-20 (FICTIOUS PERSONS
AND/OR ENTITIES),
                              Defendants.
-------------------------------------------------------------------X
```

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Jennifer A. Robinson, an associate of the firm, MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, attorneys for the Defendant, SOLEBURY SCHOOL ("Solebury"), the exhibits annexed thereto, and upon the pleadings and proceedings had herein, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(2) due to lack of personal jurisdiction and pursuant to Federal Rule of Civil Procedure 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted, and for other such relief as this Honorable Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, Plaintiff's Opposition is due on or before December 14, 2021, and Defendant's Reply is due on or before December 21, 2021.

LEGAL/142666071.v1

**PLEASE TAKE FURTHER NOTICE**, that if this motion is denied by the Court, Defendant respectfully requests permission to answer the Complaint within thirty (30) days after service of entry of such Order.

Dated: Purchase, New York
November 30, 2021

                                                                      Respectfully submitted,

                                                                      **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

                                                                      _____
Jennifer A. Robinson, Esq.
*Attorneys for Defendant*
***Solebury School***
287 Bowman Avenue Suite 404
Purchase, New York   10577
914-977-7334

TO:    <u>**Via Electronic Filing**</u>

        **SOLOFF & ZERVANOS, P.C.**
        Jeffrey P. Fritz, Esq.
        ***Attorneys for Plaintiff***
        200 Park Avenue, Suite 1700
        New York, New York 10166
        (212) 804-8125