

287 Bowman Avenue, Suite 404, Purchase, NY 10577
(914) 977-7300  Fax (914) 977-7301

Direct Dial:  (914) 977-7334
Email:  jarobinson@mdwcg.com

January 10, 2022

Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
Courtroom 21C
500 Pearl St.
New York, NY 10007

RE: Jane Doe v. Solebury School and John Ward Regan
Index No.: 21-CV-06792
Our File No.: 21238. 00245

Dear Hon. Judge Stanton:

We represent the Defendant, Solebury School with regard to the above-captioned matter. Plaintiff filed their Opposition to our Motion to Dismiss on January 3, 2022. Due to a family health matter, I spoke with Plaintiff's counsel to obtain their consent to an extension of an additional week to submit our Reply to 1/18/22. Plaintiff has consented to this extension.

Accordingly, I am respectfully requesting a one-week extension to 1/18/21 to submit our Reply.

Thank you in advance for the Court's time and attention to this matter.

Respectfully Submitted,

Jennifer A. Robinson

JAR:sdp

cc: Via E-Mail- Soloff & Zervanos, P.C.

LEGAL/143483296.v1

A PROFESSIONAL CORPORATION | PA NJ DE OH FL NY | www.marshalldennehey.com