

287 Bowman Avenue, Suite 404, Purchase, NY 10577
(914) 977-7300  Fax (914) 977-7301

Direct Dial:  (914) 977-7334
Email:  jarobinson@mdwcg.com

January 24, 2022

Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
Courtroom 21C
500 Pearl St.
New York, NY 10007

      RE:    Jane Doe v. Solebury School and John Ward Regan
               Index No.:     21-CV-06792
               Our File No.:   21238. 00245

Dear Hon. Judge Stanton:

We represent the Defendant, Solebury School concerning the above-captioned matter. We write with regard to Your Honor's Orders dated January 20, 2022 granting both Plaintiff's request to file a Sur Reply and our request to file a Reply to Plaintiff's Sur Reply. Counsel for Plaintiff and I have spoken and agreed upon the following proposed schedule: Plaintiff to submit their Sur Reply by January 31, 2022 and Defendant, Solebury School to submit their Reply to Plaintiff's Sur Reply by February 14, 2022.

Thank you in advance for the Court's time and attention to this matter.

Respectfully Submitted,

Jennifer A. Robinson

JAR:sdp

cc: Via E-Mail- Soloff & Zervanos, P.C.

A PROFESSIONAL CORPORATION | PA  NJ  DE  OH  FL  NY | www.marshalldennehey.com