# EXHIBIT H

| REGISTER FOR OUR FREE CAMP FAIR! | CALENDAR | DIRECTORY | GIFT GUIDE 2021 | 2021-2022 SCHOOL GUIDE |
|---|---|---|---|---|

  





Get the latest NYC family fun straight to your inbox!

Subscribe

Digital Editions    Things to Do ⌄    Classes ⌄    Camps ⌄    Education ⌄    Parenting ⌄    Pregna

Sponsored

# Solebury School: What School Should Be

Posted on October 4, 2021        By New York Family



This New York Family Scoop is sponsored by Solebury. Working with sponsors helps keep our quality content free f
Learn More.

## What is Solebury?

Imagine going to school and being energized. Imagine feeling respected, understo
appreciated by your teachers. Imagine having the opportunity to discover new inte
pursue the things you already love vigorously and fully. Imagine a place where bein
celebrated, and where people are kind to one another. This is what the founders of
School wanted to make a reality. An intentionally small boarding and day school in
County, PA, Solebury fosters a magical learning environment in which students' in
interests are supported and developed. The 140-acre-campus has the friendly feel
campus, but with the structure necessary to inspire teenagers to become life-long

At Solebury, students and teachers are partners in learning. They work together to critical thinking skills relevant to the local, national, and global issues of the day. A to understand both society and self, Solebury students recognize how their individu is intertwined with the world, and they gain the skills and inspiration to improve th communities.

*psst… don't miss their* Virtual Open Houses *in Oct, Nov & Dec, details below…*



### The Solebury Approach to Education

Solebury keeps their student body close-knit, with 235 students and a student-to-t of 6 to 1. Every Solebury student is expected to strive for educational excellence, ar community at Solebury is prepared to encourage this excellence. Cooperative learr students and teachers is the Solebury ethos, and it prepares students for life in coll beyond.

Teachers and staff at Solebury believe all young people love to learn, and that it is responsibility to develop a challenging and creative curriculum that makes this cur lifelong trait. Students are encouraged and supported to dive deeply into what the interested in, and  find success in academics and beyond. At Solebury, students ha opportunity to explore their passions and focus their academic pursuits by choosin concentration in one of four areas, offering a distinctive path to graduation: STEM, Education, Social Justice, and Teach2Serve (social entrepreneurship).



## Life on Campus

Solebury's campus is home to enchanting historical buildings alongside brand new art facilities. Just 90 minutes from New York City, Solebury is located in charming along the Delaware River, nestled within acres upon acres of greenery. In 2018, New named "The Prettiest Town in Pennsylvania" by Architectural Digest.

Families may choose to have their children board on campus, or to attend day clas weekends, both day students and boarding students have opportunities to experie adventures, such as trips to Philadelphia and New York City, hikes, bonfires, and ski weeknights, boarders have up to 90 minutes of study hall, during which they work on any schoolwork they need extra support to complete. Students who live in dorm Solebury speak candidly about the meaningful friendships they form with their fello

as well as the benefits of living with their academic community.



### Solebury's Mission Has Remained Consistent

Ultimately, it is the relationship between faculty and students that makes Solebury other schools. In 1925 Solebury was founded to create a school where individual stu be encouraged to develop their personal talents and capabilities. Today, this princi individual needs continues to guide the Solebury community, in which intellectual and independent thinking are of paramount importance. In meeting individual stu and encouraging students to push themselves to learn more, a diverse community opinions, thoughts, and creativities is formed. This individuality and diversity is dee by all Solebury students and teachers.

For more information, visit Solebury's website, read their blog full of firsthand student experiences, and watch the many videos about life and community on campus.

Solebury School will be hosting Virtual Open Houses on October 17, November 14 & from 3-5pm. Register here.

**Share Post:**

**COMMENTS**

Be the first to comment…

Powered by OpenWeb   Terms  |  P

AdChoices   Sponsored

## Relevant Directory Listings

**The Blue School**

**Williamsburg Northside School**

**International Academy New York**

# Popular in the Community

AdChoices   Sponsored

## Subscribe

Get the latest NYC family fun and news straight to your inbox!

Enter Email    Zip

SUBSCRIBE

**Follow us on Instagram**

About Us    Contact Us    Advertise    Newsletter Signup    Current Issue    Magazine Archive      

© Queens Family Media LLC 2021. A division of Schneps Media.          Privacy Policy          Terms of Use



https://www.newyorkfamily.com/education/high-schools/