ORIGINAL



```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANE DOE,

        Plaintiff,

- against -

SOLEBURY SCHOOL, JOHN WARD REGAN, and JOHN & JANE SMITH 1-20 (FICTIONS PERSONS AND/OR ENTITIES),

        Defendants.

21 Civ. 06792 (LLS)

ORDER

The parties' requests (Dkt. Nos. 60 & 61) for the Court to intervene in the discovery process are granted as follows:

1) The deadline to complete depositions of all parties and fact witnesses, June 19, 2023, is extended sixty days.

2) Plaintiff may file a Motion to Compel defendant Solebury School to produce the "875 documents" referenced in the "Bucks County Grand Jury Report." In making the motion, plaintiff should attach that Report as an exhibit so the Court can appraise the need to produce the documents. The holding of a pre-motion conference is dispensed with.

So Ordered.

Dated:   New York, New York
        May 26, 2023

                                              *Louis L. Stanton*
                                            Louis L. Stanton
                                                U.S.D.J.