ORIGINAL

| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF NEW YORK<br><br>JANE DOE<br><br>                Plaintiff,<br><br>    v.<br><br>SOLEBURY SCHOOL<br>&<br>JOHN WARD REGAN<br>&<br>JOHN & JANE SMITH 1-20 (FICTIOUS PERSONS AND/OR ENTITIES)<br><br>                Defendants | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/5/23<br><br>Index No.: ~~951208/2021~~<br>21CV6792(LLS) |

~~PROPOSED~~ ORDER

LLS

**THIS MATTER** having been brought before the Court by Soloff & Zervanos, P.C., counsel for Plaintiff Jane Doe, and the Court having considered the papers submitted in support of and in opposition to the Motion, as well as the arguments of counsel, and for good cause shown;

**IT IS ORDERED** on this 5th day of June, 2023 as follows:

1. Expert reports on behalf of Plaintiff shall be due by September 1, 2023.

2. Expert reports on behalf of Defendants shall be due by October 2, 2023.

3. Expert depositions (if any) shall be completed by November 1, 2023.

**IT IS FURTHER ORDERED** that the electronic filing of this Order by the Court shall constitute service upon all counsel of record.

*Louis L. Stanton*
Honorable Louis L. Stanton, U.S.D.J.