LAW OFFICES

# SOLOFF & ZERVANOS

A PROFESSIONAL CORPORATION

1525 LOCUST STREET

EIGHTH FLOOR

PHILADELPHIA, PA 19102

(215) 732-2260

TOLL FREE (866) 507-2946

FAX (215) 732-2289

www.soloffandzervanos.com

**JEFFREY P. FRITZ*Δ**
Email: jfritz@lawsz.com
Direct Dial: 445-456-2710

PLEASE REPLY TO
Philadelphia

*Δ MEMBER PA, NJ AND NY BAR

June 23, 2023

*VIA ECOURTS*
Honorable Louis L. Stanton
United States District Court for the
 Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re:  **Jane Doe v. Solebury School, et al.**
       **Case No. 1:21-cv-6792**

Dear Judge Stanton:

We are counsel for Plaintiff and write at the request of Your Honor on behalf of all parties in follow-up to our conference of June 16, 2023. The parties are all agreeable to private mediation of this matter with Judge Annette Rizzo (retired) of JAMS ADR and confirm that the mediation can be completed by September 1, 2023, without suspension, interruption or change of any the current court deadlines.

We remain available should the court require any further information.

            Respectfully,

            SOLOFF & ZERVANOS, P.C.

            *Jeffrey P. Fritz*

            JEFFREY P. FRITZ

JPF:jg                   SO ORDERED:
Enclosure

 cc: All Counsel (Via ECF)        _____
                      Honorable Louis L. Stanton, USDJ

| NEW JERSEY OFFICE | LEHIGH VALLEY OFFICE | READING OFFICE | LANCASTER OFFICE | NEW YORK OFFICE |
|---|---|---|---|---|
| 457 HADDONFIELD ROAD, SUITE 500 | 3477 CORPORATE PARKWAY, SUITE 100 | 38 NORTH 6th STREET | 8 NORTH QUEEN STREET | 745 FIFTH AVE, SUITE 500 |
| CHERRY HILL, NJ 08002 | CENTER VALLEY, PA 18034 | READING PA 19601 | LANCASTER PA 17602 | NEW YORK, NY 10151 |